UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY HERNANDEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>N. LOPEZ, et al.,<br><br>          Defendants. | Case No.: 1:15-cv-00180-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(ECF No. 16) |

   Plaintiff Henry Hernandez ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, initiated this action on January 8, 2015.  On August 31, 2015, the Magistrate Judge issued Findings and Recommendations recommending that this case be dismissed for failure to state a claim, failure to obey a court order, and failure to prosecute. (ECF No. 16.) The Findings and Recommendations were served on Plaintiff with instructions that any objections must be filed within fourteen days of service. The deadline for filing those objections has passed, and no objections were filed.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated August 31, 2015 (ECF No. 16), are ADOPTED IN FULL;
2. This action is dismissed for failure to state a claim upon which relief may be granted, failure to obey a court order, and failure to prosecute;
3. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g); and,
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 30, 2015                              _____
                                                         SENIOR  DISTRICT  JUDGE